**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re: Debtor(s)
**Miacarla Leshelle Warner**
Apt. 302C
2500 Center Street
Atlanta, GA 30318

xxx−xx−6949

Case No.: **14−63304−pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel (if any), the Chapter 13 Trustee and all creditors and other parties in interest.

Dated: March 12, 2015

Paul W. Bonapfel
United States Bankruptcy Judge

Form 133a